

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2013

No. 04-13-00360-CV

**IN RE** John **PHELPS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

On June 7, 2013, relator filed a petition for writ of mandamus and a motion for emergency stay. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than June 24, 2013.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for interim relief is DENIED. The record provided does not include an order setting relator's motion to transfer continuing exclusive jurisdiction for hearing.

It is so **ORDERED** on June 10, 2013.                    PER CURIAM

ATTESTED TO: _____
             Keith E. Hottle
             Clerk of Court

---

[1] This proceeding arises out of Cause No. 2000-CI-07648, styled *In the Interest of E. H-P., A Minor Child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.